UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stan E. Carroll,

       Plaintiff,                      Civil No.07-974 (RHK/AJB)

vs.                          **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

Boehringer Ingelheim Pharmaceuticals,
Inc., a Delaware corporation, Pfizer, Inc.
a Delaware corporation, Pharmacia
Corporation, a Delaware corporation, Pharmacia
& Upjohn Company, LLC,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 9, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge